IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Berlie Cation Moore 240553 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. _____
Frank Lee Youth Center ) (To be supplied by Clerk of
P.O. Box 220410 ) U.S. District Court)
Deatsville Al 36022 )
) 2:07cv195-ID
)
)
Vivian Langford )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2007 MAR -5 P 3:01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✗)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✗)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) __N/A__

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Frank Lee Youth Center P.O. Box 220410 Deatsville, Al 36022__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
__Frank Lee Youth Center__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Vivian Langford | 5375 Ingram Road
2. | Deatsville, Al 36022
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __Jan 4, 2007__
__Feb, 27, 2007__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __She threaten and Intimidating, Violateing Solemn oath officer and grained also Alabama D.O.C__

2

personal of Conduct Rules 208, Administration Regulation Standard Conduct code of Alabama 1975 title 14. 3-13

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 27th of January I took a welding exam, that I couldn't pass because of my Handicap condition's, which is I have lost part of my Right hand the Job Board SGT., SGT. Langford and the Classification Specialist Debra Martin insisted that if I didn't pass the exam I wouldn't leave Frank Lee Youth Center that they would keep me from being Class-up for a Custody Reduction. I have done my best with my handicap but they are Discriminating Against me because if that. they constantly SGT. Langford harrasses and threaten's me. I wish to be transferred from this Institution because they are professional. And are Constantly violating my Civil Rights by Attempting to force me to do something that I'am not Capable of doing.

I had two fingers cut off from my hand by a Train in which I was injured and it limits my Ability to do few Jobs because I still have pains in my hand and Nerves are still Aching

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I would Like to move on To other Stages In Which I Need To Get out of prison And Back to my Kids And family*

_____
Signature of plaintiff(s)
Berlie Catlin Moore

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Feb 27, 2007.
         (Date)

_____
Signature of plaintiff(s)
Berlie Catlin Moore

4

Berlis Catlin Moore A.I.S# Doc#-Cell
F.L.Y.C
P.O. Box 220410
Deatsville, Al 36022

MONTGOMERY AL 361
02 MAR 2007 PM 2 L

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE AL DEPT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENTS THEREIN.

36104+0036 C005

Middle District of Alabama
United States Courthouse
15 Lee St.
Montgomery, Al 36104