| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name) Ruby Grays   C. Date of Delivery 3-9-07 |
| 1. Article Addressed to:<br>Vivian Langford<br>Frank Lee Youth Center<br>P. O. Box 220410<br>Deatsville, AL 36022 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 07cv195 Chp + OP | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 2760 0002 8193 1699 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540