IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA

Berkie Catlin Moore # 240553
   Plaintiff

VS

ALA. Dept. of Corr ET AL
SGT. Vivian Langford-Administratin SGT.
Classification Specialist Debra Martin
   Defendants

Civil Action No: 2:07-CV-195-ID

RECEIVED
2007 MAR 20 A 9:50
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Amendment To Complaint

A 42 U.S.C. § 1983 action was filed on March 08, 2007 by the Plaintiff who is incarcerated at Frank Lee Youth Center an Institution for the State of Alabama. The Plaintiff is filing this Amendment in Compliances with the directives of the federal Rules of Civil Procedures - And to Correct the prior Complaint's wording and to specifically Correct the statement's in The Prior Complaint as to which Defendent did which violation's and when, and how. (1) SGT. Vivian Langford - She threaten and Intimidating, violateing Solemn oath officer and graved Also Alabama D.O.C Personal of Conduct Rules 208, Administration Regulation standard Conduct code of Alabama 1975 title 14, 3-13 (2) Classification Specialist Debra Martin - I the Plaintiff has been enrolled in the J.f. Ingram Trade school Welding Class Since Nov 17, 06. On Jan 27, 2007 the Welding Class, took final Exam's on the Welding Certification test. I didn't pass the Certification test and on 01/30/07 Classification Specialist Debra Martin told me that I had to keep taking the Welding Certification Test until I passed it and was Certified as a Welder. I told her due to me having a handicap which is missing two (2) finger's on my right hand. And a severe Nerve Problem with

That hand. I had done my best. And also that I was eligible for a lesser Restrictive Custody Status. Due to my attending the Trade School as Required by Classification Department of the Ala D.O.C. And that I was Requesting she place me in for what I eligible for according to the Regulation's governing that specific placement in this case. Which would be Community Custody-Work-Release Placement. Debra the Classification Specialist said she wouldn't do it. Meaning Place me in for anything that I was Eligible for. According to the Criteria because I hadn't completed the welding course. And that she didn't care about my disability she has shown this pattern of practice of Discriminating Numerous times before on every black Inmate and other's. That come to her for Recommendation. She Refuse's to do her Job, that the State of Alabama Employed her to do.

The Plaintiff prays that the Honorable Court will Grant this Amendment to the Complaint. And Render Appreciate Relief.

Berlie C. Moore #240553
Berlie C. Moore  Plaintiff
F.L.Y.C
P.O. Box 220410
Deatsville, Al 36022

← Certificate of Service →

I Berlie C. Moore do hereby certify that a copy of the foregoing Amendment to the Complaint and Motion for leave to Amend. Also to Correct the body of the Complaint His been served upon the U.S. District Court Clerk office and a copy has been included to be served upon the Defendants in their Attorney. Since the Court has not notified the Plaintiff as to who the Defendant's Attorney is. By placing said same in the U.S. Mail properly addressed and postage prepaid this the __19__ Day of __March__ 2007.

