IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERLIE CATLIN MOORE, #240553 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-195-ID |
| | ) | |
| FRANK LEE YOUTH CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the special report filed by the defendants on May 31, 2007 (Court Doc. No. 14), and as the defendants fail to adequately address the claims lodged against them, it is

ORDERED that on or before June 15, 2007 the defendants shall file a supplemental special report, supported by affidavits and relevant records, which addresses the plaintiff's claims that: (i) the defendants discriminated against him in the classification process due to his handicap; and (ii) the defendants forced him to attempt a trade, i.e., welding, that he is not capable of performing because of his handicap.[1]

Done this 31st day of May, 2007.

      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff identifies his handicap as the loss of two fingers on his right hand.