## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BERLIE CATLIN MOORE,** | ) | |
| **#240553** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO.: 2:07-CV-195-ID** |
| | ) | |
| **FRANK LEE YOUTH CENTER,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>SUPPLEMENTAL SPECIAL REPORT</u>

**COME NOW** Defendants, **Debra Martin and Vivian Langford,** by and through Troy King, Attorney General for the State of Alabama, via undersigned counsel, and do hereby submit the following Supplemental Special Report.

## <u>PARTIES</u>

1. The Plaintiff, Berlie Moore, ("Mr. Moore") is an Alabama Department of Corrections ("ADOC") inmate, incarcerated at the Frank Lee Youth Center ("FLYC") in Deatsville, Alabama.

2. Mr. Moore has named the following Defendants:

   a. Debra Martin ("Specialist Martin"), Classifications Specialist, for the FLYC, who is employed by ADOC.

   b. Vivian Langford ("Sgt. Langford"), Correctional Officer II ("COII"), for the FLYC, who is employed by ADOC.

## PLAINTIFF'S ALLEGATIONS AND DEMANDS

Mr. Moore alleges in his complaint that the Defendants have violated his constitutional rights.  Specifically, Mr. Moore alleges:

1.    Specialist Martin refuses to reclassify him to a lower custody status because he is unable to pass his welding certification exam.

2.    Sgt. Langford threatens and harasses Mr. Moore.

Mr. Moore wants to be transferred to another ADOC facility.

Additionally, this Honorable Court has determined that Mr. Moore raised two additional claims:

(i)    the Defendants discriminated against him in the classification process due to his handicap; and

(ii)    the Defendants forced him to attempt a trade, i.e., welding, that he is not capable of performing because of his handicap.

Defendants carefully read Plaintiff's Amended Complaint and determined that Mr. Moore either appreciates the Court's relief, or asks the Court for no relief other than to be transferred.

## DEFENDANTS' EXHIBITS

1.    Exhibit A – Affidavit of James E. Wilson, Dean of Students at J.F. Ingram State Technical College (Ingram).

## DEFENDANTS' RESPONSE

1. Mr. Moore chose to enter the welding program, and may change his major to any of the other programs listed in the exhibit attached to Dean Wilson's affidavit.

2. Dean Wilson's affidavit is self explanatory, and Defendants have nothing to add at this time.

## STATEMENT OF UNDISPUTED FACTS

Mr. Moore chose to enter the welding program, and may change his major to any of the other programs listed in the exhibit attached to Dean Wilson's affidavit.

## CONCLUSION

Plaintiff's allegations of discrimination are completely unfounded.


RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047




/s/ *J. Matt Bledsoe*_____
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL
Counsel for Defendants Vivian Langford
 & Debra Martin

3

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)


## CERTIFICATE OF SERVICE

I hereby certify that I have, this 12th day of June, 2007, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, and that I have further served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:


Berlie Catlin Moore, #240553
Frank Lee Youth Center
PO Box 220410
Deatsville, AL  36022


                                   /s/  J. Matt Bledsoe
                                   OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| BERLIE CATLIN MOORE, #240553 | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | CASE NO.: 2:07-CV-195-ID |
| FRANK LEE YOUTH CENTER, et al. | ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT OF JAMES E. WILSON

Before me, the undersigned notary public in and for said State and County, personally appeared James E. Wilson, who, after being duly sworn, deposed and said as follows:

1.  My name is James E. Wilson. I am the Dean of Students at J.F. Ingram State Technical College (Ingram), and I am over the age of twenty one (21).

2.  Berlie Cathlin Moore (Mr. Moore), AIS# 240553, was ordered to complete a vocational training course on May 2, 2005.

3.  Mr. Moore enrolled for classes at Ingram in Fall 2006. (Ex. A. p. 9.)

4.  On Mr. Moore's first admission application, dated August 2, 2006, he wrote a "W" indicating his desired program of study. The Admission



1

Office determined the "W" to mean that Mr. Moore was declaring

Ingram's regular welding program as his major.

5.  Mr. Moore was took a basic skills test after applying, and it was

determined that Mr. Moore did not qualify for immediate placement in the

welding program. Mr. Moore's test scores indicated that he needed to

complete Ingram's college prep course before enrolling in the welding

program.

6.  Later, Mr. Moore chose to study welding in the Horizon program. The

Horizon program is an accelerated program for ADOC inmates that are

serving shorter sentences.

7.  While enrolled in the Horizon program, Mr. Moore is allowed to change

his field of study one time only.

8.  Mr. Moore has never requested a change in his field of study. Therefore,

he may choose another field of study listed in Exhibit A, on pages 10-25.

9.  However, since Mr. Moore withdrew from the basic college prep courses

on September 28, 2006, he will need to complete the college prep courses

before he can re-enroll in a different vocational training course. (Ex. A, p.

7.)

The above information is true and correct to the best of my knowledge and

belief."

_James E. Wilson_ (signature)
JAMES E. WILSON

2

Sworn to and subscribed before me on this the 8th day of June, 2007.

_____
NOTARY PUBLIC

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES:  Dec 29, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM -    MAY    7, 2007
(COU122)

AIS #: 00240553    SSN: 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    RACE/SEX:  B/M    DATE OF BIRTH: 06/30/1981
NAME: MOORE, BERLIE    CUSTODY:    MIN9   SECURITY LEVEL: 2
INST: FRANK LEE YOUTH CENTER    TIME SRVD: 02Y01M06 LAST DISC: 01 19 2007
CRME: YOUTHFUL OFFENDER ACT    MIN REL DT: 03/30/2008 ACTIVE DET:  1

DISC: BEING FIRED FROM JOB    PRL CONS:   09/01/2007 EDUCAT LEV: 10

WL/PGM:  _KITCHEN_____    FROM OCCUP: UNEMPLOYED

RECOMMENDED INSTITUTION:  _FLYC_____    RECOMMENDED CUSTODY: _MIN_

JUSTIFICATION: _Moore is not eligible for further_
_reduction at this time due to being court_
_ordered to complete a a vocational training._

ETIMY ENEMY LIST WAS REVIEWED AND UPDATED:    APP. S/L:

_____    5/8/07    _____    5-18-07
CLASSIFICATION SPECIALIST    DATE    WARDEN OR DESIGNEE    DATE

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.   DATE    CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

____ APPROVED ____ DENIED; DIVERTED TO: _____    REASONS: _____

_____    _____

    CRB MEMBER    DATE

____ APPROVED ____ DENIED; DIVERTED TO: _____    REASONS: _____

_____    _____

    CRB MEMBER    DATE

____ APPROVED ____ DENIED; DIVERTED TO: _____    REASONS: _____

_____    _____

    CRB MEMBER    DATE

FINAL DECISION: INST _FLYC_ CUSTODY _MIN_ DATE _5/18/07_

DATE INMATE INFORMED: _5/18/07_ INMATE'S SIGNATURE: X _Berlie Moore_

**COPY SENT TO INMATE**

Moore v FLYC
00001

AIS #: 00240553   SSN: 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   RACE/SEX:  B/M   DATE OF BIRTH: 06/30/1981
NAME: MOORE, BERLIE              CUSTODY:  MIN9   SECURITY LEVEL: 4
INST: VENTRESS CORRECTIONAL CENTER   TIME SRVD:  01Y01M02 LAST DISC: 12 06 2005
CRME: YOUTHFUL OFFENDER ACT       MIN REL DT: 03/30/2008 ACTIVE DET:  1

DISC: INT. CREATE SECURITY/SAFETY/HE PRL CONS:   08/01/2006 EDUCAT LEV: 10

WL/PGM: _SQ7_                         PRIM OCCUP:UNEMPLOYED

RECOMMENDED INSTITUTION: _Elmore for VOC Train_ after VOC Train. RECOMMENDED CUSTODY: _Min_

JUSTIFICATION: _Spec. Lev. (5) is serving 5yrs for YCA Att. to Commit Murder - PSI avail in file, no inj. on prp website (① shot ① in the crotch area) a SKS (assault rifle) per CRB 12/05, weapon not illegal and ① didn't die - denied 'R' Suffix. Granted prob 7/12/02, revoked and entered ADOC 5/31/05 due to UPOM I. thus Jeff. Co. S.O. Notification only. Detainer misd. lomos. re w/state POM II. Grad. Park SAP 4/23/06". Co VOC Train. Recomm. X-fer to Elmore for VOC Train On or after VOC Train for transition prior to Level II placement_

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: NI/E 5/5/06 APP. S/L:
_Barry Moore_ 5/12/06                    _David Park_ 5/12/06
CLASSIFICATION SPECIALIST      DATE    WARDEN OR DESIGNEE    DATE
                               5/12/06   _WSLB_ (not in T.S. here)
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE    CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION  CO Tonder

___ APPROVED _X_DENIED; DIVERTED TO: _FLYC_ REASONS: _____
_____  _moss_ 6/16/06
                                    CRB MEMBER     DATE
___ APPROVED _X_DENIED; DIVERTED TO: _FLYC_ REASONS: _____
_____  _D. Caplon_ 6/26/06
                                    CRB MEMBER     DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____ REASONS: _____
                        _CO TS_
                                    CRB MEMBER     DATE

FINAL DECISION: INST _FLYC_ CUSTODY _MIN_ DATE _6/26/06_

DATE INMATE INFORMED: _____ INMATE'S SIGNATURE: X _Berlie Moore_

ast Action Taken: 11/05                    Ranworker BM
ABI: NO                             Physically cleared by Health
Diabetic: NO                       Do Manual Labor
Medi: NO      C LOF
Skills: Mechanic  5-16-06 7/13/06/AS
Spl Prcl. None    LY

Moore v FLYC
00002

N079
1/92

# INMATE RECLASSIFICATION
## SECURITY LEVEL

Name _Moore Boyle_ ............. Number _245553_

SPECIALIST _#144_ ............. DATE _5_ / _15_ / _06_

_Score_

### 1. HISTORY OF INSTITUTIONAL VIOLENCE

(Jail or prison, code most serious within last five years)
None ...................................................................... 0
Assault not involving use of a weapon or resulting in serious injury ................................ 3
Assault either weapon or serious injury but not both ........................................ 5
Assault or fighting involving use of a weapon and/or resulting in
        serious injury or death ............................................................ 7

_Score_

### 2. Did above assault occur within last six months?
Yes ...................................................................... 3
No ....................................................................... 0

_Score_

### 3. SEVERITY OF CURRENT OFFENSE
(Refer to the severity of offense scale on back of form. Score the most
serious offense if there are multiple convictions.)
Low ....................................................................... 0
Low/Moderate ............................................................. 2
Moderate .................................................................. 3
High ...................................................................... 4
Highest ................................................................... 6

_Score_

### 4. PRIOR ASSAULTIVE OFFENSE HISTORY
(Score the most severe in inmate's history. Refer to the Severity of Offense Scale.)
None, Low, or Low/Moderate .............................................. 0
Moderate .................................................................. 3
High ...................................................................... 4
Highest ................................................................... 5
Deduct 1 point from "Highest" Level if more than 5 years ago of free world time ................... -1
TOTAL (add items 1 through 4)

_6_

TOTAL

If score is 10 or over, use Schedule A. If score is under 10, complete the
remainder of the scale.
If inmate now over 35 years old with no disciplinaries last 5 years and
score on schedule A 10 or 11, deduct 2 points and continue scoring using
Schedule B.

_Score_

### 5. ESCAPE HISTORY (Rate last 5 years of incarceration)
No escapes or attempts ................................................... -3
An escape or attempt from equivalent of minimum or community based facility,
        no actual or threatened violence.
Over 1 year ago ........................................................... 0
Within the last year ...................................................... 1

Submit white copy (original) to CRB for approval. Retain pink copy for suspense in file until reviewed by CRB.        Page 1

Moore v FLYC
00003

# INMATE RECLASSIFICATION
## SECURITY LEVEL

An escape or attempt from equivalent of a level III or
higher facility or an escape from minimum or community
facility custody with actual or threatened violence:
Over 1 year ago ............................................................ 5
Within the last year ...................................................... 7
2 or more within 5 years ................................................ 8

**6. TIME TO EARLIEST RELEASE**
0-6 months ................................................................. 0
7-12 months ................................................................ 1
13-24 months .............................................................. 3
25-36 months .............................................................. 4
More than 36 months ..................................................... 5

_Score_

**7. NUMBER OF DISCIPLINARY REPORTS**
None in the last 18 months ............................................. -3
None in the last 12 months ............................................. -2
None in the last 6 months .............................................. -1
One in the last 6 months ................................................ 1
Two or more major in last 6 months .................................. 4

_Score_

**8. MOST SEVERE DISCIPLINARY REPORT RECEIVED (Last 18 months)**
None ......................................................................... 0
Low/Moderate .............................................................. 1
Moderate .................................................................... 2
High .......................................................................... 5
Highest ...................................................................... 7

_Score_

**9. CURRENT DETAINER (Score most serious)**
None ......................................................................... 0
Notification only or misdemeanor ..................................... 0
Felony- non-violent offense ............................................ 2
Felony- violent offense or sentence to serve post-release ........ 4

_Score_

**10. PRIOR FELONY CONVICTIONS**
None ......................................................................... 0
One ........................................................................... 2
Two or more ................................................................ 4

_Score_

**11. PROGRAM PARTICIPATION/COMPLETION (Maximum total -2 pts.)**
Intensive SAP (6Wks./8Wks./TCParticipation Min. 9 mos) .......... -2
Increase Grade Level 3 Grades or GED ................................ -2
Complete Voc. Training or AA Degree Jr. College ................... -2

_Score_

TOTAL (Add items 1-11) Use Schedule B

Total
Score

Submit white copy (original) to CRB for approval. Retain pink copy for suspense in file until reviewed by CRB.          Page 2

Moore v FLYC
00004

# INMATE RECLASSIFICATION

## SECURITY LEVEL

I.  Security Level indicated by point score ___*I*___

II. Recommended Security Level ___*IV*___
    If I and II differ, give institutional special security level consideration(s).

| Code | Reason | Code | Reason |
|------|--------|------|--------|
| *Gradual Transition* | | | *B55* |

| Code | Reason | Code | Reason |
|------|--------|------|--------|

III. Recommended Institution(s)

1. *F. Moore for VOC Train or after VOC Train.*   2.

    If security level of institution(s) is inconsistent with recommended security level, list Special Institutional Placement Considerations.

1. _____  _____   2. _____  _____
   Code      Reason          Code      Reason

## CENTRAL REVIEW BOARD

Approved Security Level ___*II*___   Reason(s) (if different from security level by score) *6/16/06*

Signature ___*Rowin FLVd 19  "*___   Date

Approved Security Level ___*II 105  6/30/06*___   Reason(s) (if different from security level by score)

Signature _____   Date

Approved Security Level _____   Reason(s) (if different from security level by score)

Signature _____   Date

Submit white copy (original) to CRB for approval. Retain pink copy for suspense in file until reviewed by CRB.     Page 3

Moore v FLYC
00005

INMATE REQUEST SLIP

Name _Bertie Moore_____    Quarters _H13_    Date _1-6-06_

AIS # _246553_____

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem
( ) Special Visit          ( ) Time Sheet             (X) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

_will someone check and see if my_
_name is on the Horizon list if_
_not will someone please add it Thank you_

Do Not Write Below This Line - For Reply Only

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden          ( ) Captain
(X) Classification Supervisor  ( ) Legal Officer - Notary  ( ) Record Office
                                   Public

N176

Moore v FLYC
00006

Ingram
State
Technical
College
"Developing Responsible Citizens"

# COURSE WITHDRAWAL/TERMINATION FORM
***To Be Used Only After Drop/Add Period***
(Please Print All Information In Blue or Black Ink)

DATE: 09/29/2006    [ ] Withdrawal from Course(s)    [ ] Termination of Enrollment

Last Name: Moore    First Name: Berlie    Middle/Maiden Name: C.

Social Security Number: 419 11 1678    AIS Number: 240553    Program of Study _____

Correctional Facility: FLYC    Term: [ ] Spring  [ ] Summer  [ ] Fall  Semester 20 ___

## REASON FOR WITHDRAWAL
(Check One)

[ ] Disciplinary Action (ISTC or DOC)    [ ] Lack of Interest in School    [ ] Nonattendance

[ ] Failure to Meet Standards of Academic Progress    [ ] Other

Specific Reasons for Withdrawal/Termination (Student Services Representative): _____

_____

For grade purposes, the date of withdrawal/termination is the *last date of attendance*. Students who withdraw before the date of mid-term will receive the grade of "W". Students who withdraw after the date of mid-term will receive the grade of "WP" or "WF".

### Course/Courses being Dropped

| Course Number | Course Title | Last Date Attended | Grade | For Instructor Use Only Instructor's Signature |
|---|---|---|---|---|
| BSS100 | | | | |
| BSS115 | | | | |
| CDV090 | | | | |
| ComL111 | | | | |
| Com092 | | | | |
| CP-2 | | | | |
| MATL24 | | | | |
| MAT090 | | | | |
| RT100XX | | | | |
| BDGL15 | | | | |
| BDG-088 | | | | |

Student Signature: Berlie C. Moore    Advisor Signature: _____

Student Services Signature: _____    Keyed by/Date: _____

SS003
10/26/04

Moore v FLYC
00007

```
JF INGRAM STAT TECHL COLG
PO BOX 220350
DEATSVILLE    AL   36022 0350
        <><>  N O N - C R E D I T  <><>
<><>  U N O F F I C I A L   T R A N S C R I P T  <><>  AS OF DATE: 05/31/2007

        NAME: BERLIE CATLIN MOORE          MAIL ADDR: PO BOX 220410
   ADM DATE: 12/11/2006                               DEATSVILLE          AL
                                                       36022 (334)290-3200

   BIRTH DATE: 06/30/1981
   HIGH SCHOOL:                               SEX: MALE
   HS LOCATION:                          STU NUM: 419116786
```

```
===============================================================================
PROGRAM: WIA  WORKFORCE INVESTMENT AC FIRST TERM: FA0607    LAST TERM: FA0607

                                                ACT    EQV
                                        COHR   COHR   CRHR
                                        1.1     25
===============================================================================
```

```
               PRO                                ACT    EQV
FA0607    --WIA                COURSE HI   ST  COHR  COHR  CRHR   COMMENTS
WORKFORCE WELDING             WDT030 M01   S   1.1   25          SATISFACTO
                                          TRM:  1.1   25
                                          CUM:  1.1   25
```

```
          ...END OF STUDENT TRANSCRIPT...
```

```
JF INGRAM STAT TECHL COLG
PO BOX 220350
DEATSVILLE      AL  36022 0350
<><>  U N O F F I C I A L   T R A N S C R I P T  <><>  AS OF DATE: 05/31/2007

            NAME: BERLIE CATLIN MOORE              MAIL ADDR: P O BOX 220410
        ADM DATE: 08/03/2006                                  DEATSVILLE          AL
                                                              36022 (334)290-3200

      BIRTH DATE: 06/30/1981                  BIRTHPLACE:
     HIGH SCHOOL: UNKNOWN                             SEX: MALE
     HS LOCATION:                    00000      STU NUM: 419116786
      LAST GRADE: 10
==============================================================================
PROGRAM: UND UNDECLARED DEGREE              FIRST TERM:FA0607    LAST TERM:FA0607
 OPTION: NDS NON-DEGREE SEEKING
TRF OPT: N   NOT TRS STUDENT
   CLASS: CT   FRESHMAN                              ADVISOR: 68 LEWIS JR         A
                                         EXIT FA0607   : WD WITHDRAWN

                      <<<<CUMULATIVE>>>>
     <<< TRANSFER >>>>       << DEV HR >>      SCH   << CREDIT HOUR >>
     ATTEM   ERN'D   Q.P.    SCHED  ERN'D      HRS  ATTEM   ERN'D    Q.P.    GPA
                             9.000            13.000
==============================================================================

          PRO OPT TO CC DV        T                                          CR
FA0607     UND NDSN    DC D  COURSE HI M GR    ATTM     ERND     Q.P.        TYP
CAREER PLANNING AND PERSON BSS100   1 W  < 1.000>                             C
Basic English I            COM092     W  < 3.000>                             C
Basic Mathematics          MAH090     W  < 3.000>                             C
Orientation Non-Degree     ORT100     W  < 3.000>                             C
Developmental Reading I    RDG083     W  < 3.000>                             C
FA0607    WD WITHDRAWN            09/28/2006
                 TRM GPA:        TRM:
                                 (DEV)    9.000
                 CUM GPA:        CUM:
                                 (DEV)    9.000

              ...END OF STUDENT TRANSCRIPT...
```

Moore v FLYC
00009

# Automotive Body Repair (ABR)
## Program of Study
## Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** | | | 15 | | |
| ABR | 111 | Non-Structural Repair | | 3 | |
| ABR | 112 | Non-Structural Panel Replacement | | 3 | |
| ABR | 155 | Automotive MIG Welding | | 3 | |
| ABR | 156 | Auto Cutting and Welding | | 3 | |
| COM | 100 | Vocational Technical English I | | 3 | |
| **Second Semester** | | | 15 | | |
| ABR | 211 | Structural Analysis | | 3 | |
| ABR | 212 | Structural Repair | | 3 | |
| ABR | 255 | Steering and Suspension | | 3 | |
| ABR | 257 | Advanced Structural Repair | | 3 | |
| SPC | 106 | Fundamentals of Oral Communication | | 3 | |
| **Third Semester** | | | 15 | | |
| ABR | 121 | Refinishing Materials and Equipment | | 3 | |
| ABR | 122 | Surface Preparation | | 3 | |
| ABR | 251 | Color Adjustment | | 3 | |
| ABR | 256 | Topcoat Applications | | 3 | |
| MAH | 101 | Vocational Technical Mathematics | | 3 | |
| **Fourth Semester** | | | 15 | | |
| ABR | 221 | Mechanical Components | | 3 | |
| ABR | 222 | Electrical Components | | 3 | |
| ABR | 254 | Collision Damage Reports | | 3 | |
| ABR | 154 | Auto Trim and Glass | | 3 | |
| DPT | 100 | Vocational Technical Computers | | 3 | |

60

Moore v FLYC
00010

J. F. Ingram State Technical College

# Automotive Mechanics (AUM)
## Program of Study
## Certificate of Completion

| | | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|
| **First Semester** | | 12 | | |
| AUM 101 | Fundamentals of Automotive Technology | | 3 | |
| AUM 111 | Automotive Electrical Systems | | 3 | |
| AUM 112 | Starting, Charging Systems & Accessories | | 3 | |
| MAH 101 | Vocational Technical Mathematics I | | 3 | |
| **Second Semester** | | 12 | | |
| AUM 121 | Braking Systems | | 3 | |
| AUM 122 | Steering, Suspension and Alignment | | 3 | |
| AUM 123 | Engine Principles | | 3 | |
| DPT 100 | Vocational Technical Computers | | 3 | |
| **Third Semester** | | 12 | | |
| AUM 131 | Powertrain Fundamentals | | 3 | |
| AUM 132 | Automotive Heating and Air Conditioning | | 3 | |
| AUM 211 | Automotive Electronics | | 3 | |
| COM 100 | Vocational Technical English I | | 3 | |
| **Fourth Semester** | | 12 | | |
| AUM 212 | Fuel Systems | | 3 | |
| AUM 214 | Ignition Systems | | 3 | |
| AUM 221 | Engine Repair | | 3 | |
| SPC 106 | Fundamentals of Oral Communication | | 3 | |
| **Fifth Semester** | | 12 | | |
| AUM 222 | Manual Transmission and Transaxles | | 3 | |
| AUM 231 | Automotive Transmission and Transaxles | | 3 | |
| AUM 240 | Engine Performance | | 3 | |
| AUM 181/281 | Special Topics | | 3 | |

60

Moore v FLYC
00011

J. F. Ingram State Technical College

# Barbering (BAR)
## Program of Study
### Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** |  |  | **15** |  |  |
| BAR | 110 | Orientation to Barbering |  | 3 |  |
| BAR | 112 | Bacteriology and Sanitation |  | 3 |  |
| BAR | 113 | Barber-Styling Lab |  | 3 |  |
| BAR | 115 | Hair Cutting Basics |  | 3 |  |
| MAH | 101 | Vocational Technical Mathematics I |  | 3 |  |
| **Second Semester** |  |  | **15** |  |  |
| BAR | 111 | Science of Barbering |  | 3 |  |
| BAR | 120 | Properties of Chemistry |  | 3 |  |
| BAR | 121 | Chemical Hair Processing |  | 3 |  |
| COM | 100 | Vocational Technical English I |  | 3 |  |
| DPT | 100 | Vocational Technical Computers |  | 3 |  |
| **Third Semester** |  |  | **12** |  |  |
| BAR | 130 | Marketing and Business Management |  | 3 |  |
| BAR | 132 | Hair Styling and Design |  | 3 |  |
| BAR | 114 | Advanced Barber-Styling Lab |  | 3 |  |
| SPC | 106 | Fundamentals of Oral Communications |  | 3 |  |

42

Moore v FLYC
00012

J. F. Ingram State Technical College

# Cabinetmaking (CAB)
## Program of Study
## Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** |  |  | **15** |  |  |
| CAB | 101 | Introduction to Cabinetmaking |  | 3 |  |
| CAB | 102 | Introductory to Lumber |  | 3 |  |
| CAB | 103 | Size Dimension and Joints |  | 3 |  |
| CAB | 104 | Cabinet Shop Operations |  | 3 |  |
| MAH | 101 | Vocational Technical Mathematics I |  | 3 |  |
| **Second Semester** |  |  | **16** |  |  |
| CAB | 140 | Wood Finishing Fundamentals |  | 2 |  |
| CAB | 110 | Equipment Maintenance Fundamentals |  | 3 |  |
| CAB | 204 | Cabinetmaking and Millwork |  | 5 |  |
| CAB | 122 | Job Planning and Level Instruments |  | 3 |  |
| DPT | 100 | Vocational Technical Computers |  | 3 |  |
| **Third Semester** |  |  | **13** |  |  |
| CAB | 220 | Basic Carpentry |  | 3 |  |
| CAB | 141 | Wood Finishing |  | 2 |  |
| CAB | 205 | Furniture Construction |  | 5 |  |
| COM | 100 | Vocational Technical English I |  | 3 |  |
| **Fourth Semester** |  |  | **16** |  |  |
| CAB | 225 | Kitchen and Bath Design |  | 6 |  |
| CAB | 206 | Special Projects in Furniture Construction |  | 3 |  |
| CAB | 211 | Cabinet Installation and Trim Work |  | 2 |  |
| CAB | 230 | Estimating Costs in Cabinetmaking |  | 2 |  |
| SPC | 106 | Fundamentals of Oral Communication |  | 3 |  |

60

Moore v FLYC
00013

# Carpentry (CAR)
## Program of Study
## Short Certificate (<26)

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** |  |  | 9 |  |  |
| CAR | 111 | Construction Basics |  | 3 |  |
| CAR | 112 | Floors, Walls, Site Preparation |  | 3 |  |
| CAR | 113 | Floors, Walls, Preparation Lab |  | 3 |  |
| **Second Semester** |  |  | 9 |  |  |
| CAR | 114 | Introduction to Carpentry Tools and Materials |  | 3 |  |
| CAR | 121 | Introduction to Blueprint Reading |  | 3 |  |
| CAR | 122 | Concrete and Forming |  | 3 |  |
| **Third Semester** |  |  | 6 |  |  |
| CAR | 123 | Concrete and Forming Lab |  | 3 |  |
| CAR | 124 | Wall and Floor Specialties |  | 3 |  |
|  |  |  |  | 24 |  |

# Commercial Food Service (CFS)
## Program of Study
## Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** |  |  | **13** |  |  |
| CSF | 101 | Orientation to Food Service Industry |  | 2 |  |
| CSF | 110 | Basic Food Preparation |  | 3 |  |
| CSF | 111 | Foundations in Nutrition |  | 3 |  |
| CSF | 112 | Sanitation, Safety, and Food Service |  | 2 |  |
| COM | 100 | Vocational Technical English I |  | 3 |  |
| **Second Semester** |  |  | **14** |  |  |
| CFS | 102 | Catering |  | 2 |  |
| CFS | 114 | Meal Management |  | 3 |  |
| CFS | 116 | Food Preparation: Dairy Products and Eggs |  | 3 |  |
| CFS | 213 | Food Purchasing and Cost Communication |  | 3 |  |
| SPC | 106 | Fundamentals of Oral Communication |  | 3 |  |
| **Third Semester** |  |  | **15** |  |  |
| CFS | 141 | Food Production for Special Operations |  | 2 |  |
| CFS | 201 | Meat Preparation and Processing |  | 2 |  |
| CFS | 251 | Menu Design |  | 2 |  |
| CFS | 181/281 | Special Topics in Commercial Food Service |  | 3 |  |
| MAH | 101 | Vocational Technical Mathematics I |  | 3 |  |
| DPT | 100 | Vocational Technical Computers |  | 3 |  |

42

J. F. Ingram State Technical College

# Diesel Mechanics (DEM)
## Program of Study
### Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** |  |  | 15 |  |  |
| DEM | 111 | Safety Tolls and Management |  | 3 |  |
| DEM | 126 | Advanced Engine Analysis |  | 3 |  |
| DEM | 129 | Diesel Engine Lab |  | 3 |  |
| DEM | 160 | Advanced Engine Analysis II |  | 3 |  |
| MAH | 101 | Vocational Technical Mathematics I |  | 3 |  |
| **Second Semester** |  |  | 14 |  |  |
| DEM | 127 | Fuel Systems |  | 3 |  |
| DEM | 147 | Fuel and Ignition Systems |  | 3 |  |
| DEM | 152 | Distributor Pump Fundamentals |  | 3 |  |
| DEM | 153 | Inline Pump Fundamentals |  | 3 |  |
| DEM | 181 | Special Topics in Diesel (Lab) |  | 2 |  |
| **Third Semester** |  |  | 16 |  |  |
| DEM | 124 | Electronic Engine Systems |  | 3 |  |
| DEM | 131 | Computer Applications for Diesel Mechanic |  | 3 |  |
| DEM | 136 | Electrical Systems |  | 3 |  |
| DEM | 182 | Special Topics in Diesel (Lab) |  | 2 |  |
| COM | 100 | Vocational Technical English I |  | 3 |  |
| DPT | 100 | Vocational Technical Computers |  | 3 |  |
| **Fourth Semester** |  |  | 15 |  |  |
| DEM | 116 | Track Vehicle Trains |  | 3 |  |
| DEM | 122 | Heavy Vehicle Brakes |  | 3 |  |
| DEM | 123 | Pneumatics and Hydraulics |  | 3 |  |
| DEM | 135 | Heavy Vehicle Steering and Suspension |  | 3 |  |
| SPC | 106 | Fundamentals of Oral Communication |  | 3 |  |

60

# Drafting and Design Technology (DDT)
## Program of Study
## Certificate of Completion

| | | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|
| **First Semester** | | 12 | | |
| DDT | 103 | Introduction to Computer Aided Drafting | 3 | |
| DDT | 111 | Fundamentals of Drafting and Design Technology | 3 | |
| DDT | 112 | Introductory Technical Drawing | 3 | |
| COM | 100 | Vocational Technical English I | 3 | |
| **Second Semester** | | 12 | | |
| DDT | 131 | Machine Drafting Basics | 3 | |
| DDT | 121 | Intermediate Technical Drawing | 3 | |
| DDT | 122 | Advanced Technical Drawing | 3 | |
| SPC | 106 | Fundamentals of Oral Communication | 3 | |
| **Third Semester** | | 12 | | |
| DDT | 123 | Intermediate CAD | 3 | |
| DDT | 132 | Architectural Drafting | 3 | |
| DDT | 226 | Technical Illustration | 3 | |
| DPT | 100 | Vocational Technical Computers | 3 | |
| **Fourth Semester** | | 12 | | |
| DDT | 231 | Advanced CAD | 3 | |
| DDT | 236 | Design Project | 3 | |
| DDT | 249 | Advanced CAD Applications | 3 | |
| MAH | 100 | Intermediate College Algebra | 3 | |
| **Fifth Semester** | | 12 | | |
| DDT | 222 | CAD Customization | 3 | |
| DDT | 234 | Graphic and Animation | 3 | |
| DDT | 235 | Specialized CAD | 3 | |
| DDT | 181/281 | Special Topics in Drafting and Design Technology | 3 | |

60

J. F. Ingram State Technical College

# Electrical Technology (ELT)
## Program of Study
## Certificate of Completion

| | | | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** | | | 15 | | |
| ELT | 101 | DC Principals of Electricity | | 3 | |
| ELT | 102 | AC Principals of Electricity | | 3 | |
| ELT | 111 | Residential Wiring Methods | | 3 | |
| ELT | 131 | Commercial/Residential Wiring I | | 3 | |
| MAH | 101 | Vocational Technical Mathematics I | | 3 | |
| **Second Semester** | | | 15 | | |
| ELT | 112 | Advanced Residential Wiring Methods | | 3 | |
| ELT | 121 | Basic AC/DC Machines | | 3 | |
| ELT | 132 | Commercial/Industrial Wiring II | | 3 | |
| ELT | 211 | Motor Control I | | 3 | |
| DPT | 100 | Vocational Technical Computers | | 3 | |
| **Third Semester** | | | 15 | | |
| ELT | 122 | Advanced AC/DC Machines | | 3 | |
| ELT | 212 | Motor Control II | | 3 | |
| ELT | 241 | National Electric Code | | 3 | |
| ELT | 244 | Conduit Bending/Installation | | 3 | |
| COM | 100 | Vocational Technical English I | | 3 | |
| **Fourth Semester** | | | 15 | | |
| ELT | 216 | Motor Repair and Winding | | 3 | |
| ELT | 231 | Programmable Controls I | | 3 | |
| ELT | 242 | Journeyman-Master Prep Exam | | 3 | |
| ELT | 181 | Special Topics in Electrical Technology | | 3 | |
| SPC | 106 | Fundamental of Oral Communication | | 3 | |

60

# Furniture Refinishing (FUR)
## Program of Study
## Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** |  |  | 15 |  |  |
| FUR | 111 | Introduction to Painting and Refinishing |  | 6 |  |
| FUR | 112 | Tools and Machinery in Furniture Refinishing |  | 3 |  |
| FUR | 113 | Wood Surface Preparation Lab |  | 3 |  |
| COM | 100 | Vocational Technical English I |  | 3 |  |
| **Second Semester** |  |  | 15 |  |  |
| FUR | 114 | Lacquer Finishes Fundamentals |  | 3 |  |
| FUR | 121 | Lacquer Finishes Fundamentals |  | 6 |  |
| FUR | 122 | Lacquer Finishes Lab |  | 3 |  |
| MAH | 101 | Vocational Technical Mathematics I |  | 3 |  |
| **Third Semester** |  |  | 12 |  |  |
| FUR | 123 | Furniture Refinishing And Restoration |  | 3 |  |
| FUR | 124 | Furniture Refinishing And Restoration Lab |  | 3 |  |
| SPC | 106 | Fundamental of Oral Communication |  | 3 |  |
| DPT | 100 | Vocational Technical Computers |  | 3 |  |

42

# Horticulture (HOC)
## Program of Study
## Short Certificate (<26)

| | | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|
| **First Semester** | | 9 | | |
| HOC 110 | Introduction to Horticulture Science | | 3 | |
| HOC 120 | Plant Propagation | | 3 | |
| HOC 115 | Soils and Fertilizes | | 3 | |
| **Second Semester** | | 9 | | |
| HOC 130 | Nursery Production | | 3 | |
| HOC 135 | Ornamental Plant Identification and Culture | | 3 | |
| HOC 125 | Turf Management | | 3 | |
| **Third Semester** | | 8 | | |
| HOC 181/281 | Special Topics in Horticulture* | | 3 | |
| HOC 210 | Greenhouse Management | | 3 | |
| HOC 176 | Advanced Studies in Horticulture | | 2 | |
| | | | 26 | |

*HOC 181/281 Special Topics in Horticulture
    Topics to be covered
    1. Residential Landscape Design
    2. Vegetable and Orchard Crops
    3. Ornamental Plant and Pest Management

# Masonry (MAS)
## Program of Study
## Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** |  |  | **15** |  |  |
| MAS | 111 | Masonry Fundamentals |  | 3 |  |
| MAS | 121 | Brick/Block Masonry |  | 3 |  |
| MAS | 131 | Residential/Commercial |  | 3 |  |
| MAS | 151 | Masonry Fundamentals |  | 3 |  |
| COM | 100 | Vocational Technical English I |  | 3 |  |
| **Second Semester** |  |  | **15** |  |  |
| MAS | 152 | Masonry Fundamentals Lab |  | 3 |  |
| MAS | 161 | Concrete Block Masonry |  | 3 |  |
| MAS | 162 | Brick Masonry Lab |  | 3 |  |
| MAS | 171 | Residential/Commercial |  | 3 |  |
| SPC | 106 | Fundamentals of Oral Communication |  | 3 |  |
| **Third Semester** |  |  | **15** |  |  |
| MAS | 211 | Stone Masonry |  | 3 |  |
| MAS | 221 | Specialized Masonry |  | 3 |  |
| MAS | 231 | Basic Cement Masonry |  | 3 |  |
| MAS | 252 | Fireplace Construction |  | 3 |  |
| MAH | 101 | Vocational Technical Mathematics I |  | 3 |  |
| **Fourth Semester** |  |  | **15** |  |  |
| MAS | 261 | Specialized Masonry |  | 3 |  |
| MAS | 271 | Basic Cement Masonry Lab |  | 3 |  |
| MAS | 251 | Stone Masonry Lab |  | 3 |  |
| MAS | 181/281 | Special Topics in Masonry |  | 3 |  |
| DPT | 100 | Vocational Technical Computers |  | 3 |  |

60

J. F. Ingram State Technical College

# Plumbing (PLB)
## Program of Study
## Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|:---:|:---:|---|
| **First Semester** | | | 15 | | |
| PLB | 111 | Introduction to Plumbing | | 3 | |
| PLB | 112 | Plumbing Applications | | 3 | |
| PLB | 113 | Pipes and Fittings | | 3 | |
| PLB | 114 | Joining Pipes and Fittings | | 3 | |
| COM | 100 | Vocational Technical English I | | 3 | |
| **Second Semester** | | | 15 | | |
| PLB | 115 | Pressure and Non Pressure | | 3 | |
| PLB | 116 | Pressure and Non Pressure System Applications | | 3 | |
| PLB | 117 | Plumbing Codes | | 3 | |
| PLB | 118 | Code Applications | | 3 | |
| MAH | 101 | Vocational Technical Mathematics I | | 3 | |
| **Third Semester** | | | 15 | | |
| PLB | 211 | Repair and Installation | | 3 | |
| PLB | 212 | Plumbing Repair and Installation lab | | 3 | |
| PLB | 217 | Pumps and Compressors | | 3 | |
| PLB | 218 | Pumps and Compressors Applications | | 3 | |
| SPC | 106 | Fundamentals of Oral Communication | | 3 | |
| **Fourth Semester** | | | 15 | | |
| PLB | 181 | Special Topics In Plumbing | | 3 | |
| PLB | 281 | Special Topics in Plumbing | | 3 | |
| PLB | 213 | Process Piping | | 3 | |
| PLB | 214 | Process Piping | | 3 | |
| DPT | 100 | Vocational Technical Computers | | 3 | |
| | | | | 60 | |

J. F. Ingram State Technical College

# Upholstery Automotive (UPH)
## Program of Study
## Certificate of Completion

| | | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|
| **First Semester** | | 15 | | |
| UPH 111 | Upholstery Fundamentals And Design | | 3 | |
| UPH 113 | Upholstery Design Auto Lab | | 3 | |
| UPH 121 | Correlating Decorative Elements | | 3 | |
| UPH 123 | Decorative Elements Auto Lab | | 3 | |
| MAH 101 | Vocational Technical Mathematics I | | 3 | |
| **Second Semester** | | 12 | | |
| UPH 211 | Design Interior Furniture and Auto | | 3 | |
| UPH 213 | Design Interiors Auto Lab | | 3 | |
| DPT 100 | Vocational Technical Computers | | 3 | |
| COM 100 | Vocational Technical English I | | 3 | |
| **Third Semester** | | 15 | | |
| UPH 215 | Shop Management and Layout | | 3 | |
| UPH 217 | Upholstery Crafts and Accessories | | 3 | |
| UPH 221 | Automotive Upholstery and Design | | 3 | |
| UPH 223 | Interior Materials-Auto | | 3 | |
| SPC 106 | Fundamentals of Oral Communications | | 3 | |
| | | | 42 | |

J. F. Ingram State Technical College

# Upholstery Furniture (UPH)
## Program of Study
## Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|---|---|---|
| **First Semester** |  |  | **12** |  |  |
| UPH | 111 | Upholstery Fundamentals And Design |  | 3 |  |
| UPH | 112 | Upholstery Design Furniture Lab |  | 3 |  |
| UPH | 113 | Upholstery Design Auto Lab |  | 3 |  |
| COM | 100 | Vocational Technical English I |  | 3 |  |
| **Second Semester** |  |  | **15** |  |  |
| UPH | 121 | Correlating Decorative Elements |  | 3 |  |
| UPH | 122 | Decorative Elements Furniture Lab |  | 3 |  |
| UPH | 123 | Decorative Elements Auto Lab |  | 3 |  |
| UPH | 225 | Advanced Furniture Techniques |  | 3 |  |
| SPC | 106 | Fundamentals of Oral Communication |  | 3 |  |
| **Third Semester** |  |  | **12** |  |  |
| UPH | 211 | Design Interior Furniture and Auto |  | 3 |  |
| UPH | 212 | Design Interiors Furniture Lab |  | 3 |  |
| UPH | 215 | Shop Management and Layout |  | 3 |  |
| MAH | 101 | Vocational Technical Mathematics I |  | 3 |  |
| **Fourth Semester** |  |  | **6** |  |  |
| UPH | 183 | Special Topics |  | 3 |  |
| DPT | 100 | Vocational Technical Computers |  | 3 |  |
|  |  |  |  | 45 |  |

# Welding (WDT)
## Program of Study
## Certificate of Completion

|  |  |  | Required Hrs. | Hrs | Comments |
|---|---|---|:---:|:---:|---|
| **First Semester** |  |  | 15 |  |  |
| WDT | 111 | Cutting Processes Theory |  | 3 |  |
| WDT | 151 | Cutting Processes Lab |  | 3 |  |
| WDT | 114 | Gas Metal Arc Fillet Theory |  | 3 |  |
| WDT | 154 | Gas Metal Arc Lab |  | 3 |  |
| MAH | 101 | Vocational Technical Mathematics I |  | 3 |  |
| **Second Semester** |  |  | 15 |  |  |
| WDT | 112 | Shielded Metal Arc Fillet Welding Theory |  | 3 |  |
| WDT | 152 | Shielded Metal Arc Fillet Welding Lab |  | 3 |  |
| WDT | 168 | Advanced SMAW Theory |  | 3 |  |
| WDT | 153 | Shielded Metal ARC Welding Grooves Lab |  | 3 |  |
| COM | 100 | Vocational Technical English I |  | 3 |  |
| **Third Semester** |  |  | 15 |  |  |
| WDT | 113 | Blueprint Reading Theory |  | 3 |  |
| WDT | 118 | Blueprint Reading Lab |  | 3 |  |
| WDT | 157 | Consumable Welding Processes Theory |  | 3 |  |
| WDT | 158 | Consumable Welding Processes Lab |  | 3 |  |
| SPC | 106 | Fundamentals of Oral Communication |  | 3 |  |
| **Fourth Semester** |  |  | 15 |  |  |
| WDT | 161 | Non-Consumable Welding Processes Theory |  | 3 |  |
| WDT | 162 | Non-Consumable Welding Processes Lab |  | 3 |  |
| WDT | 228 | Gas Tungsten Arc Fillet Theory |  | 3 |  |
| WDT | 268 | Gas Tungsten Arc Fillet Lab |  | 3 |  |
| COM | 100 | Vocational Technical Computers |  | 3 |  |

60

## Developmental Studies Course Descriptions

The following courses are remedial in nature and are designed to improve a students' reading, writing, and computational skills to the levels required for the degree and certificate general education courses.

**COM 080 English Laboratory**
**Prerequisite: Determined by instructor.**
**Credit Hours: 1**
This course which may be repeated as needed, provides students with a laboratory environment where they can receive help from qualified instructors on English assignments at the developmental level. Emphasis is placed on one-to-one guidance to supplement instruction in English courses. A student's success in this course is measured by success in those other English courses in which the student is enrolled.

**COM 092 Basic English I**
**Prerequisite: Appropriate placement score on the TABE entrance examination.**
**Credit Hours: 3**
This course is a review of basic writing skills and basic grammar. Emphasis is placed on the composing process of sentences and paragraphs in standard American written English. Students will demonstrate these skills chiefly through the writing of well-developed multi-sentence paragraphs.

**COM 093 Basic English II**
**Prerequisite: A grade of "S" (satisfactory) in COM 092 or appropriate placement score on the TABE entrance examination.**
**Credit Hours: 3**
This course is a review of Composition skills and grammar. Emphasis is placed on coherence and the use of a variety of sentence structures in the composing process and on standard American written English usage. Students will demonstrate these skills chiefly through the writing of paragraph blocks and short essays.

**MAH 080 Mathematics Laboratory**
**Prerequisite: Determined by instructor.**
**Credit Hours: 2**
This course is designed to offer supplemental help to students in mathematics. Students work in a laboratory situation under qualified instructors. This course may be repeated as needed. Emphasis is on arithmetic and algebra as determined by the individual needs of the students. NCA

**MAH 090 Basic Mathematics**
**Prerequisite: Appropriate placement score on the TABE entrance examination.**
**Credit Hours: 3**
This is a developmental course reviewing arithmetical principles and computations designed to help student's mathematical proficiency for selected curriculum entrance. NCA

**MAH 091-092 Developmental Algebra I-II**
**Prerequisite: MAH 092 or appropriate mathematics placement score.**
**Credit Hours: 3**

This sequence of developmental courses provides the student with a review of arithmetic and a review of arithmetic and algebraic skills designed to provide sufficient mathematical proficiency necessary for entry into Intermediate College Algebra. NCA

**MAH 098 Elementary Algebra**
**Prerequisite: MAH 090 or appropriate mathematics placement score on the TABE entrance examination.**
**Credit Hours: 3**
This course is a review of the fundamental arithmetic and algebra operations. The topics include the numbers of ordinary arithmetic and their properties; integers and rational numbers; to solving equations; polynomials and factoring; and an introduction to systems of equations and graphs.

**RDG 080 Reading Laboratory**
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course, which may be repeated as needed, provides students with a laboratory environment where they can receive help from qualified instructors on reading assignments at the developmental level. Emphasis is placed on one-to-one guidance to supplement instruction in reading courses. A student's success in this course is measured by success in those other reading courses in which the student is enrolled.

**RDG 083 Developmental Reading I**
**Prerequisite: Appropriate placement score on the TABE entrance examination.**
**Credit Hours: 3**
This course is designed to assist students whose placement scores

Moore v FLYC
00026

J. F. Ingram State Technical College

indicate serious difficulty with decoding skills, comprehension, vocabulary, and study skills.

## RDG 084 Developmental Reading II
**Prerequisite: Appropriate placement score on the TABE entrance examination.**
**Credit Hours: 3**
This course is designed to assist students whose placement test scores indicate serious difficulty with decoding skills, comprehension, vocabulary, and study skills.

## RDG 085 Developmental Reading III
**Prerequisite: RDG 084 or equivalent placement score.**
This course is designed to assist students whose placement test score indicated serious difficulty with decoding skills, comprehension, vocabulary, and study skills.

## College Preparatory Course Descriptions

The following courses augment the academic offerings of developmental studies to provide (1) an orientation to the college and to occupational education in general and (2) an overview of the basic study skills and life skills necessary for success in postsecondary education.

## ORT 100 Orientation for Career Students
**Prerequisite: Determined by instructor.**
**Credit Hours: 2**
This course is designed to introduce the beginning student to college. College policies and regulations are covered as well as stress management, resume preparation, job application

procedures, and employment interviewing techniques.

## BSS 100 Career Planning and Personal Development
**Prerequisite: None**
**Credit Hours: 1**
This course is designed to provide an awareness of and preparation for the world of work. It provides direction in career planning by evaluating individual interest, values, skills, and personality needs to set career goals and establish strategies to achieve those goals.

## BSS 115 Success and Study Skills
**Prerequisite: None**
**Credit Hours: 1**
This course provides an orientation to the campus resources and academic skills necessary to achieve educational objectives. Emphasis is placed on an exploration of facilities and services, study skills, library skills, self-assessment, wellness, goal-setting, and critical thinking. Upon completion, students should be able to apply appropriate study strategies and techniques to the development of an effective study plan.

## BSS 118 College Study Skills
**Prerequisite: Determined by instructor.**
**Credit Hours: 1**
This course covers skills and strategies designed to improve study behaviors. Topics includes time management, note taking, test taking, memory techniques, active reading strategies, critical thinking, communication skills, learning styles, and other strategies for effective learning. Upon completion, students should be able to apply appropriate study strategies and techniques to the development of an effective study plan.

## BSS 120 Career Assessment
**Prerequisite: Determined by instructor.**
**Credit Hours: 1**
This course provides the information and strategies necessary to develop clear personal, academic, and professional goals. Topics include personality styles, goal setting, various college curricula, career choices, and campus leadership development. Upon completion, student should be able to clearly state their personal, academic, and professional goals and have a feasible plan of action to achieve those goals.

## BSS121 Managing A Team
**Prerequisite: Determined by instructor.**
**Credit Hours: 1**
This course focuses on the process of the individual with an awareness of the reality in the collective teamwork approach for the workplace emphasizing process-orientation. Topics include how teams work, team effectiveness, team-building techniques, positive thinking, and leadership principles. Upon completion, students should be able to demonstrate an understanding of how teamwork strengthens ownership, involvement, and responsibility in the workplace.



*Developing Responsible Citizens*

Moore v FLYC
00027

Case 2:07-cv-00185-ID-CSC    Document 13-2    Filed 03/12/2007    Page 31 of 43

# Adult Literacy (ADL) Course Descriptions

The adult literacy program at J. F. Ingram State Technical College is designed to meet a variety of needs. The program is in compliance with the Adult Education Family Literacy Act of 1998 . Courses may be taken as a full-time program of four courses per semester or taken in conjunction with certain occupational programs, one or two courses per semester. Programs are designed for students who have serious educational deficiencies, as well as those who need high school review in order to get their GED. To facilitate enrollment, transfers, and progress, ADL courses are non-sequential, and instruction is as individualized as much as possible.

## ADL 020 Math I
Prerequisite: Determined by instructor.
Credit Hours: 3
Beginning Math teaches whole numbers, addition, subtraction, multiplication and division. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

## ADL 021 Math II
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is decimals with continuing attention to whole number problems. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

## ADL 022 Math III
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on computation of fractions. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

## ADL 023 Math IV
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on understanding word problems, with continuing review of previous math criteria. All instructions and materials at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

## ADL 024 Math V
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on percent problems. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

## ADL 025 Math VI
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on ratio, proportion and measurement. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

## ADL 026 Math VII
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on algebra with continuing attention to appropriate word problems. All instructions and materials are at Pre-GED levels. Materials are

geared toward self-pacing with tutorial assistance.

## ADL 027 Math VIII
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on geometry at the Pre-GED level with post-testing on all previous math disciplines. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

## ADL 030 Reading I
Prerequisite: Determined by instructor.
Credit Hours: 3
This basic reading course is designed to help introduce comprehension and understanding of basic words, their meanings and spellings. All instructions and materials are at Pre-GED levels. Materials are structured toward self-pacing with tutorial assistance. Within each semester, the student is frequently assessed to determine progress.

## ADL 031 Reading II
Prerequisite: Determined by instructor.
Credit Hours: 3
This continuing basic reading course is designed to help readers improve  their comprehension of basic words, their meanings and spellings. All instructions and materials are at Pre-GED levels. Materials are structured toward self-pacing with tutorial assistance. Within each semester, the student is frequently assessed to determine progress.

Moore v FLYC
00028

## ADL 032 Reading III
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This continuing basic reading course is designed to help readers improve their comprehension of words, vocabulary, study skills and reading rate. All instructions and materials are at Pre-GED levels. Materials are structured toward self-pacing with tutorial assistance. Within each semester, the student is frequently assessed to determine progress.

## ADL 033 Reading IV
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This comprehensive reading course is designed to help readers improve basic comprehension, basic vocabulary, study skills and reading rate. All instructions and materials are at Pre-GED levels. Materials are structured toward self-pacing with tutorial assistance. Within each semester, the student is frequently assessed to determine progress.

## ADL 034 Reading V
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This continuing comprehensive reading course is designed to help readers improve basic comprehension, basic vocabulary, study skills, and reading rate. All instructions and materials are at Pre-GED levels. Materials are structured toward self-pacing with tutorial assistance. Within each semester, the student is frequently assessed to determine progress.

## ADL 035 Reading VI
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This continuing elevated comprehensive reading course is designed to help readers improve comprehension, vocabulary, and reading rate. All instructions and materials are at Pre-GED levels. Materials are structured toward self-pacing with tutorial assistance. Within each semester, the student is frequently assessed to determine progress. Post-testing is a qualifier at this level.

## ADL 036 Reading VII
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This continuing elevated comprehensive reading course is designed to help readers improve comprehension, vocabulary, and reading rate. All instructions and materials are at Pre-GED levels. Materials are structured toward self-pacing with tutorial assistance. Within each semester, the student is frequently assessed to determine progress. Post-testing is a continuing qualifier at this level.

## ADL 037 Reading VIII
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This final elevated comprehensive reading course is designed to help readers improve comprehension, vocabulary, and reading rate. All instructions and materials are at Pre-GED levels. Materials are structured toward self-pacing with tutorial assistance. Within each semester, the student is frequently assessed to determine progress. At this level post-testing is a final qualifier for the State GED exam.

## ADL 040 Learning About Careers
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course introduces students to the many career opportunities that exist in the world of work. Topics include the nature of work, specific job requirements and the impact of interest and aptitude on successful employment. Upon completion, students will be able to summarize aspects of working including job requirements specific to various fields and the impact of one's aptitude and interest.

## ADL 041 Pre-Employment Testing
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course covers the various types of pre-employment tests that job seekers may encounter. Topics will include employment aptitude test, vocational interest inventories, and manual dexterity tests. Upon completion, students should be able to differentiate between aptitude tests, interest inventories, and tests of manual dexterity, and be able to explain the reasons for using each type of test.

## ADL 042 Job Search
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course covers the various obstacles that students will encounter during the job-hunting phase. Topics that will be included are how to obtain an application and how to present oneself to the future employer. Upon completion, students should know how to find a job

Moore v FLYC
00029

and how to search the present day market.

**ADL 044 Employer/Employee Expectation**
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course covers the expectations of the employer and the employee. Topics to be discussed include a rate of pay, days off, insurance, vacation, job performance, missed days off work, and reliability. Upon completion, students should know what to expect from his/her employer and what they can expect from the job.

**ADL 045 Safety on the Job**
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course introduces safety rules of various occupations. Topics include OSHA standards, reasons for job safety programs, and ways of protecting the environment. Upon completion, students should be able to defend the assertions that OSHA standards, job safety programs, and protecting the environment are important factors in every job.

**ADL 046 Money Management**
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course id designed to explore personal income budgeting. Topics include writing checks, cash versus credit buying, taxes, insurance, and saving. Upon completion, students should be able to describe pertinent features of money management.

**ADL 047 Job-Related Vocabulary**
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course introduces vocabulary specific to various careers. Topics include mechanical, electrical, automotive, structural, pavements, and other career fields' vocabularies. Upon completion, students should demonstrate a familiarity with career peculiar vocabulary terms.

**ADL 048 Speaking and Listening Skills**
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course provides a basic introduction to speaking and listening as tools of various occupations. Topics include attending, active listening, barriers to listening, receiver, message, sender, and feed back. Upon completion, students should comprehend that effective speaking and listening enhance job performance.

**ADL 049 Introduction to Reference Resource**
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course expands skills needed to use dictionaries, catalogs, directories, and indexes. Topics include using dictionaries, catalogs, directories, and indexes as tools for gathering information related to career requirements. Upon completion, students should be able to select reference resources most appropriate to search requirements.

**ADL 050 News Media in Everyday Life**
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course explores various sources of news for use in occupational planning. Topics include printed, broadcast, and internet resources for news. Upon completion, students should be able to describe typical sources of news and the types of information available in each.

**ADL 051 An Overview of Geography**
**Prerequisite: Determined by instructor.**
**Credit Hours: 3**
This course introduces the vocabulary and skills needed to relate to one's surroundings, near and far. Topics include geographical terms used on maps and atlases, demographic concepts, and regional production characteristics. Students completing this course should be able to relate regional characteristics around the globe with products from such regions.

**ADL 052 Understanding Signs and Directions**
**Prerequisite: Determine by instructor.**
**Credit Hours: 3**
This course covers signage used in technical environments. Topics include directional, safety, lock-out-tag-out signs and their meanings. Upon completion, students should be able to take appropriate action as dictated by signage.

Moore v FLYC
00030

occupational Titles, and the Occupational Outlook Handbook.

### ADL 065 Orientation to College
Prerequisite: Determined by instructor.
Credit Hours: 3
This course provides an orientation to college for non-high school graduate enrollees. It includes an introduction to locating and using a wide variety of useful information about colleges in the Alabama Two-Year College System.

### ADL 080 Language Usage I
Prerequisite: Determined by instructor.
Credit Hours: 3
Beginning Language: teaches phonics level language-the alphabet, phonetic sounds, basic word construction and pronunciations. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

### ADL 081 Language Usage II
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is continuation and completion of phonics level work and beginning work on basic level language usage. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

### ADL 082 Language Usage III
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is continuation and completion of basic level language usage, with concentration on sentence structure and usage. All instructions and materials are at Pre-GED levels. Materials are

geared toward self-pacing with tutorial assistance.

### ADL 083 Language Usage IV
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on intermediate level language usage. With concentration on punctuation and correct use of punctuation in sentences. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

### ADL 084 Language Usage V
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on continuation and completion of intermediate level language usage and beginning study of advanced level language usage, with concentration on paragraph structure and usage. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

### ADL 085 Language Usage VI
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on continuation and completion of advanced level language usage, with concentrated study on essay structure and usage. All instructions and materials are at Pre-GED levels. Materials are geared toward self-pacing with tutorial assistance.

### ADL 086 Test-Taking Skills
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on continuation and completion of essay construction and beginning study skills useful to test taking.

All instructions and materials are at Pre-GED levels. Materials are geared for self-pacing with tutorial assistance.

### ADL 087 Test-Taking Skills II
Prerequisite: Determined by instructor.
Credit Hours: 3
Primary focus is on continuation and completion of skills useful to test-taking and final review and post-testing of all previous language disciplines. All instructions and materials are at Pre-GED levels. Materials are geared for self-pacing with tutorial assistance.



Ingram
State
Technical
College

*Developing Responsible Citizens*

Moore v FLYC
00031

# Curriculum Listings of Adult Literacy Courses
## Adult Literacy (ADL)

| Course | Number | Title | Credit Hours |
|--------|--------|-------|--------------|
| **Mathematics** | | | |
| ADL | 020 | Math I | 3 |
| ADL | 021 | Math II | 3 |
| ADL | 022 | Math III | 3 |
| ADL | 023 | Math IV | 3 |
| ADL | 024 | Math V | 3 |
| ADL | 025 | Math VI | 3 |
| ADL | 026 | Math VII | 3 |
| ADL | 027 | Math VIII | 3 |
| ADL | 058 | Basic Mathematics | 3 |
| ADL | 059 | Developmental Algebra | 3 |
| ADL | 060 | Basic Geometry | 3 |
| **Reading** | | | |
| ADL | 030 | Reading I | 3 |
| ADL | 031 | Reading II | 3 |
| ADL | 032 | Reading III | 3 |
| ADL | 033 | Reading IV | 3 |
| ADL | 034 | Reading V | 3 |
| ADL | 035 | Reading VI | 3 |
| ADL | 036 | Reading VII | 3 |
| ADL | 037 | Reading VIII | 3 |
| ADL | 061 | Developmental Reading I | 3 |
| ADL | 062 | Developmental Reading II | 3 |
| ADL | 063 | Developmental Reading III | 3 |
| **Language and Writing** | | | |
| ADL | 080 | Language Usage I | 3 |
| ADL | 081 | Language Usage II | 3 |
| ADL | 082 | Language Usage III | 3 |
| ADL | 083 | Language Usage IV | 3 |
| ADL | 084 | Language Usage V | 3 |
| ADL | 085 | Language Usage VI | 3 |
| ADL | 056 | Basic Writing | 3 |
| ADL | 057 | Intermediate Writing | 3 |
| **Study Skills, Orientation to College and Career Success** | | | |
| ADL | 040 | Learning About Careers | 3 |
| ADL | 041 | Pre-Employment Testing | 3 |
| ADL | 042 | Job Search | 3 |
| ADL | 044 | Employer/Employee Expectation | 3 |
| ADL | 045 | Safety on the Job | 3 |
| ADL | 046 | Money Management | 3 |
| ADL | 047 | Job-Related Vocabulary | 3 |
| ADL | 048 | Speaking and Listening Skills | 3 |
| ADL | 049 | Introduction to Reference Resources | 3 |
| ADL | 050 | News Media in Everyday Life | 3 |
| ADL | 051 | An Overview of Geography | 3 |
| ADL | 052 | Understanding Signs and Directions | 3 |

Moore v FLYC
00032

Technical Training Service....

J. F. Ingram State Technical College provides students with option of pursuing a technical major for specific occupational training. Our technical programs provide trained employees in the following areas:

- Automotive Body Repair
- Automotive Mechanics
- Barbering
- Cabinetmaking
- Commercial Food Service
- Commercial Sewing
- Cosmetology
- Electrical Technology
- Floristry
- Horticulture
- Masonry
- Furniture Refinishing
- Plumbing
- Upholstery (Automotive)
- Upholstery (Furniture)
- Welding

All Programs are not offered at every campus.

**Contact Persons:**
**Main Campus:**
James Wilson
Dean of the College
Mr. Al Trawick
Ms. Mary King
**Draper/Staton and Tutwiler Campuses:**
Mr. Charles Henderson
Mr. Corey Johnson
Mr. Michael Farris
Ms. Laurie Head...Special Services

Dr. J. Douglas Chambers, President



Main Campus
P.O. Box 220350
Deatsville, AL 36022

Phone: (334) 285-5177
Fax: (334) 285-3829

Brochure 1 – Front



Ingram State Technical College

"Developing Responsible Citizens

Transition Services

HOURS OF OPERATION
7:00AM-3:00PM
MONDAY-FRIDAY

Moore v FLYC
00033

## Brochure 1 - Back

## VISION

Professionals building the nation's most respected correctional transitional program-increased public safety and tax savings for Alabama citizens through reduced recidivism...

## MISSION

J. F. Ingram State Technical College serves the citizens of Alabama by offering accessible, responsible, and quality postsecondary career and technical education to incarcerated men and women, helping them to successfully return to their families and communities.

## GOAL

To be an exemplary system that is responsible and successful in preparing men and women with Life Coping and Transitional skills needed to function as responsible, tax-paying citizens in society. Our primary focus will be to decrease the recidivism rate in Alabama.

## OBJECTIVES

- To provide a purposeful, organized, outcome-oriented transition program to move incarcerated inmates toward a quality adult life upon release from prison.

- To provide sex/health education, cultural diversity and drug/alcohol training, parenting mentoring, financial management, job interviewing, and Life Coping skills.

- To reduce prison costs, minimize victimization, reduce crime and substance abuse.

- Provide financial aid counseling for inmates desiring to continue their post-secondary education after EOS and/or Parole.

- Provide statistics and data for the annual performance report.

- Coordinate all transition services with appropriate Department of Corrections officials.

- Develop a statewide transition program for all D.O.C. facilities.

- Assist all students 26 years of age and below with required transition services prior to EOS and/or Parole.

- Partner with business/industry communities through communication interaction, and volunteer action to provide needed services to our clients.

- Maintain effective and efficient transition programs for all Alabama inmates prior to release which follow them into their communities.

- Address the attitude and personal issues of ex-offenders before and during transition.

- Begin transition training early and continue throughout the final year of incarceration.

- Create and organize a one-stop career/transition center for ex-offenders that provides a variety of services with emphasis on employment and housing.

## HOW TO CONTACT US

**Phone:** (334) 290-3250
          (334) 514-2140
**Fax:** (334) 567-2688
**E-mail:  atrawick@ingram.cc.al.us**
**Address:  J.F. Ingram State Tech. College
          5375 Ingram Road
          Deatsville, AL 36022-0350**

## SERVICES AT A GLANCE FOR STUDENTS...

Individual assistance is available to all students through the Transition Center in any phase of the transition process. Vocational interest testing is also available.

## Career Counseling

## Workshop/Seminars

A series of workshops and seminars on employment – related topics and financial aid is available throughout each semester. These workshops and seminars are advertised on each campus and the Job Placement Board. There is no cost to attend the workshops/seminars, and they are open to any current students. The topics include all aspects of life skills and transitional services.

Moore v FLYC
00034

Brochure 2 – Front

Technical Training Service....

J. F. Ingram State Technical College provides students with option of pursuing a technical major for specific occupational training. Our technical programs provide trained employees in the following areas:

- Automotive Body Repair
- Automotive Mechanics
- Barbering
- Cabinetmaking
- Commercial Food Service
- Commercial Sewing
- Cosmetology
- Electrical Technology
- Floristry
- Horticulture
- Masonry
- Furniture Refinishing
- Plumbing
- Upholstery (Automotive)
- Upholstery (Furniture)
- Welding

All Programs are not offered at every campus.

Dr. J. Douglas Chambers, President



Main Campus
P.O. Box 220350
Deatsville, AL 36022

Phone: (334) 285-5177
Fax: (334) 285-3829

**Contact Persons:**
**Main Campus:**
James Wilson
Dean of the College
Mr. Al Trawick
Ms. Mary King
**Draper/Staton and Tutwiler Campuses:**
Mr. Charles Henderson
Mr. Corey Johnson
Mr. Michael Farris
Ms. Laurie Head...Special Services

## Transition Services

"Developing Responsible Citizens

Ingram State Technical College

HOURS OF OPERATION
7:00AM-3:00PM
MONDAY-FRIDAY

Brochure 2 - Back

## VISION

Professionals building the nation's most respected correctional transitional program-increased public safety and tax savings for Alabama citizens through reduced recidivism...

## MISSION

J. F. Ingram State Technical College serves the citizens of Alabama by offering accessible, responsible, and quality postsecondary career and technical education to incarcerated men and women, helping them to successfully return to their families and communities.

## GOAL

To be an exemplary system that is responsible and successful in preparing men and women with Life Coping and Transitional skills needed to function as responsible, tax-paying citizens in society. *Our primary focus will be to decrease the recidivism rate in Alabama.*

## OBJECTIVES

• To provide a purposeful, organized, outcome-oriented transition program to move incarcerated inmates toward a quality adult life upon release from prison.

• To provide sex/health education, cultural diversity and drug/alcohol training, parenting mentoring, financial management, job interviewing, and Life Coping skills.

• To reduce prison costs, minimize victimization, reduce crime and substance abuse.

• Provide financial aid counseling for inmates desiring to continue their post-secondary education after EOS and/or Parole.

• Provide statistics and data for the annual performance report.

• Coordinate all transition services with appropriate Department of Corrections officials.

• Develop a statewide transition program for all D.O.C. facilities.

• Assist all students 26 years of age and below with required transition services prior to EOS and/or Parole.

• Partner with business/industry communities through communication interaction, and volunteer action to provide needed services to our clients.

• Maintain effective and efficient transition programs for all Alabama inmates prior to release which follow them into their communities.

• Address the attitude and personal issues of ex-offenders before and during transition.

### Workshop/Seminars

A series of workshops and seminars on employment – related topics and financial aid is available throughout each semester. These workshops and seminars are advertised on each campus and the *Job Placement Board.* There is no cost to attend the workshops/seminars, and they are open to any current students. The topics include all aspects of life skills and transitional services.

• Begin transition training early and continue throughout the final year of incarceration.

• Create and organize a one-stop career/transition center for ex-offenders that provides a variety of services with emphasis on employment and housing.

### Career Counseling

Individual assistance is available to all students through the Transition Center in any phase of the transition process. Vocational interest testing is also available.

## HOW TO CONTACT US

**Phone: (334) 290-3250**
**(334) 514-2140**
**Fax: (334) 567-2688**
**E-mail: atrawick@ingram.cc.al.us**
**Address: J.F. Ingram State Tech. College**
**5375 Ingram Road**
**Deatsville, AL 36022-0350**

# SERVICES AT A GLANCE FOR STUDENTS...

Moore v FLYC
00036

Brochure 3 – Front

Technical Training Service...

J. F. Ingram State Technical College provides students with option of pursuing a technical major for specific occupational training. Our technical programs provide trained employees in the following areas:

- Automotive Body Repair
- Automotive Mechanics
- Barbering
- Cabinetmaking
- Commercial Food Service
- Commercial Sewing
- Cosmetology
- Electrical Technology
- Floristry
- Horticulture
- Masonry
- Furniture Refinishing
- Plumbing
- Upholstery (Automotive)
- Upholstery (Furniture)
- Welding

All Programs are not offered at every campus.

**Contact Persons:**
**Main Campus**
James Wilson
Dean of the College
Mr. Al Trawick
Ms. Mary King

**Draper/Staton and Tutwiler Campuses:**
Mr. Cory Johnson
Mr. Charles Henderson
Mr. Michael Farris
Ms. Laurie Head...Special Services

Dr. J. Douglas Chambers, President



Main Campus
P.O. Box 220350
Deatsville, AL 36022

Phone: (334) 285-5177
Fax: (334) 285-3829



# JOB PLACEMENT Services

*Developing Responsible Citizens

Ingram State Technical College

**HOURS OF OPERATION**
**7:00AM-3:00PM**
**MONDAY-FRIDAY**

Moore v FLYC
00037

Brochure 3 – Back

# VISION
# A CATALYST OF NEW DIRECTIONS FOR INMATES
## EMPLOYMENT OPPURTUNITIES

## MISSION

J. F. Ingram State Technical College serves the citizens of Alabama by offering accessible, responsible, and quality postsecondary career and technical education to incarcerated men and women, helping the to successfully return to their families and communities.

## GOAL

To be an exemplary system that is responsive to job placement along with follow-up needs of it's students and graduates throughout the various communities within the state of Alabama and helping them obtain appropriate quality employment in an effort to reduce recidivism.

## OBJECTIVES

- Assist students in the transitional phase of leaving prison and becoming a permanent part of the "work force"

- Provide career counseling and employability skills to students.

- Track all former graduates, certificate students, and other non-completers.

- Provide data to help produce an annual recidivism report.

- Develop and maintain a statewide network of employers.

---

- Provide necessary information and liaison between employers and different state agencies concerning tax credits associated with hiring ex-inmates.

- Remain in contact with businesses that hire Ingram students.

- Coordinate all placement activities with the Department of Corrections.

- Develop Student portfolios (printed and electronic) and disseminate employers.

- Develop contacts with the widest possible range of potential employers to fill staff vacancies with Ingram students.

- Coordinate placement activities for graduates and other non-completers with parole officers statewide.

---

## HOW TO USE OUR SERVICES
### Mail us or call directly at
**(334)290-3255**
**(334) 290-3250**
**(334) 290-3247**

### E-mail: jwilson@ingram.cc.al.us

## SERVICES PROVIDED TO EMPLOYERS

- Free job listing for employers.

- Free employment referral service to employers of our graduates and non-completers.

- Pre-screen job applicant and match qualified applicants to specific requirements.

---

# SERVICES AT A GLACE FOR STUDENTS...

## Job Search Resources

The Job Placement Center retains a variety of resource materials to aid in job searches. Students may use employers and view the company information that is on file. In addition, the center includes books, videotapes and handouts that offer instruction on all topics relating to pre-employment and employment skills.

## Career Counseling

Individual assistance is available to all students through the Job Placement Canter in any phase of the career planning process. Vocational interest testing is also available by appointment.

## Workshop/Seminars

A series of workshops and seminars on employment –related topics are offered throughout each semester. These workshops and seminars are advertised on each campus and the Job Placement Board. There is no cost to attend the workshops/seminars, and they are open to any current students. The topics include all aspects of employability skills.

Moore v FLYC
00038

Brochure 4 – Front

## What is TRIO Programs?

TRIO is educational opportunities for low-income & disabled Americans. TRIO is a series of programs to help project participants enter college, graduate, and move on to participate more fully in America's economy and social life. Over 1,000 colleges, universities, community colleges, and agencies now offer TRIO programs. These programs include:

*Education Opportunity Centers*

*Ronald E. McNair Post Baccalaureate Achievement*

*Talent Search /Student Support Services*

*Upward Bound*



## Contact Information

Fill out the below information and drop it by the Student Services Department or Student Support Services office on your campus!

**Name:** _____

**SS#:** _____

**Campus:** _____

**Program of Study (trade):** _____

## Contacts

### Main Campus

James E. Wilson
Dean of the College

Malcolm Montgomery
Director of
Student Support Services

Leigh Ann Roberts
Secretary

Jackie Harrell
Student Advisor

Alvin Pace
Tutorial Coordinator

### Draper & Tutwiler Campuses

William Hodge
Tutorial Coordinator

Office Hours 7:00am-3:00pm

SUCCESS IS HOW HIGH YOU GO AFTER
YOU'VE TAKEN A FALL



**TRiO**
STUDENT SUPPORT SERVICES

at
**Ingram State
Technical College
Since 1980**

*Developing Responsible Citizens*

5375 Ingram Road
Deatsville, AL 36022
(344) 285-5177
(344) 290-3261

Moore v FLYC
00039

Brochure 4 – Back

## How will I know I need Student Support Services?

(check those that apply to you)

— Had problems in the past with one or more basic academic subjects? (reading, math, and/or language)

— Failed a course?

— Not sure which courses to take each semester?

— Had to withdraw from a class because you could not keep up with the class work.

— Need counseling with personal or academic career issues?

— Not sure how to transfer to a 4-year college after graduation?

— Financial aid cancelled because of failed grades?

---

Student Support Services is a federally funded program of the U.S. Dept. of Education that's designed to help low-income, first-generation, and disabled college students stay in school and graduate. The program provides opportunities for academic development, assists students with basic college requirements, and serves to motivate students toward the successful completion of their postsecondary education.

Student Support Services at Ingram State Technical College is proud to continue to offer it's students the following services:

**(circle the services you wish to receive)**

## Academic Tutoring in:

Reading

Math

Language

## Counseling

Personal

Academic

Financial Aid

Transfer to a 4-year University

## Career Development

Life Skills

GED/ACT Testing

Career Planning

---

## Services continued

### Workshops

Study Skills

Test Taking

Self-Esteem

Decision Making

Retention & Graduation

Cultural Enrichment

### Mentoring

Education/Life Portfolio

Character Building

## Computer Assisted Instruction

Shopware

GED/ACT Prep

### Assessment

TABE

Career Interest Inventory

Pre-GED

Brochure 5 – Front

## Services

### Student Support Services

The purpose of Student Support Services is to identify qualified low-income, first generation college students or physically handicapped students who are enrolled or accepted for enrollment by an institution that are recipients of federal grants and to provide support services for such students who are pursuing post-secondary education. The goal of this program is to increase the retention and graduation rates of these students. Additional services such as college career counseling and workshops/seminars with representatives of four-year institutions are designed to assist currently enrolled students to become qualified for, to secure admission to, and receive financial aid for successful achievement in four-year institutions of higher education. Any student or prospective student who is interested in these services can contact an Ingram State Students Support Services representative or ask any member of J. F. Ingram State Technical College faculty for more information.

### Special Services

Special Services serves inmates under the age of 21-years who are eligible for special education (special needs that may affect one's ability to learn without special modifications and/or accommodation). Do you have special learning needs? *Help is available if you qualify.*

### Adult Literacy

The adult literacy program at J. F. Ingram State Technical College is designed to meet a variety of needs. Courses may be taken as a full-time program of four courses per semester or taken in conjunction with certain occupational programs, one or two courses per semester. Program are designed for students who have serious educational deficiencies, as well as those who need high school review in order to get their GED.

### General Education

The specific courses recommended to each AAT degree student to fulfill his/her general education core curriculum will be designed to fit each student's goal. The major areas from which these courses will be selected include composition, humanities, computer information science, mathematics, political science, and history. Courses in these areas are essentially similar in content to courses taught at Alabama's junior and community colleges, and they will be chosen from the approved Postsecondary Course Directory; however, students must be aware that these are AAT required courses, not transfer courses.

### College Preparatory/Developmental Studies

Developmental courses are designed for students enrolled in occupational programs and who have demonstrated certain educational deficiencies. Typically, one developmental course will be taken each semester as needed to promote achievement in later vocational-technical academic courses. Students may or may not have their high school diploma or GED, but they have had some background in regular high school courses. Therefore, the developmental courses are remedial review in content and class-oriented in presentation.

**\*Developing Responsible Citizens\***

**Dr. J. Douglas Chambers**
President

**James E. Wilson**
Dean of the College

**Dr. James T. Merk**
Dean of Instruction

**Monica J. Greene**
Dean of Fiscal Affairs



# J. F. Ingram State Technical College

*\*Developing Responsible Citizens\**

## Ingram State Technical College

P.O. Box 220350
Deatsville, AL 36022

Main Campus
(334) 285-5177
Fax: (334) 285-3829

Draper/Staton Campus
(334) 514-5059
Fax: (334) 567-2688

Tutwiler Campus
(334) 567-2555
Fax: (334) 567-5791

Moore v FLYC
00041

# Brochure 5 - Back

## Mission Statement

J. F. Ingram State Technical College serves the citizens of Alabama by offering accessible, responsive, and quality postsecondary occupational learning and related educational services to incarcerated men and women, helping them to successfully return to their families and communities.

## Institutional Goals

The following statements include goals of J. F. I. State Technical College.

1. To ensure Ingram State graduates the ability to participate successfully in a rapidly changing and competitive workplace, the college awards the Associate of Applied Technology, Certificate of Completion, and certificate of Employability in postsecondary vocational/technical programs.

2. To enable students to communicate and compete effectively, the college offers general education courses, including an academic core for AAT candidates.

3. Provide access to educational opportunity, the college offers developmental/college preparatory programs (including adult literacy and GED preparation), which assist individuals to improve their basic learning skills, overcome educational deficiencies, and make satisfactory progress toward their educational goals.

4. To ensure effective instruction, the college retains qualified and talented faculty, who are committed to teaching and service.

5. To assist students in formulating and achieving their career, educational and personal goals, the college offers essential student services, for example, career counseling, academic and vocational advisement, and job placement assistance.

6. To support quality educational programs and services, the college continually assesses facilities, instructional equipment, and learning resources collections.

7. To fulfill it's community service obligations, the college assumes live-work projects, which serve as practical learning experiences for students.

8. To augment it's educational and service efforts, the college affects and maintains beneficial relationships with other governmental agencies.

9. To monitor it's mission and to enhance it's planning and decision-making functions, the college seeks broadly participatory advisement from may different groups; for example, the general advisory council and craft committees.

10. To gauge fulfillment of the college's mission, Ingram State employs systematic planning and assessment processes, which ensure effective and prudent utilization of resources, promote continuous improvement of all programs and services, and provide accountability.

## Occupational Programs

| | |
|---|---|
| ABR | Automotive Body Repair (Draper/Staton) |
| AUM | Automotive Mechanics (Main) (Tutwiler) |
| BAR | Barbering (Draper/Staton) (Main) |
| CAB | Cabinet Making (Main) |
| CAR | Carpentry (Draper/Staton)** |
| CFS | Commercial Food Service (Draper/Staton) (Tutwiler) |
| CMS | Commercial Sewing (Tutwiler)** |
| COS | Cosmetology (Tutwiler)** |
| DEM | Diesel Mechanics (Draper/Staton) |
| DDT | Drafting & Design Technology (Draper/Staton)* |
| ELT | Electrical Technology (Draper/Staton) |
| INN | Floristry (Tutwiler) |
| HOC | Horticulture (Main)** |
| MAS | Masonry (Draper/Staton) |
| FUR | Furniture and Refinishing (Main) |
| PLB | Plumbing (Draper/Staton) |
| UPH | Upholstery (Automotive) (Main) |
| UPH | Upholstery (Furniture) (Main) |
| WDT | Welding (Draper/Staton) (Main) (Tutwiler) |

\* Denotes Associate in Applied Technology Degree Programs.

\*\* Denotes Short-Term Certificate.

## General Admission

### Associate in Applied Technology Degree Programs

1. Applicants must be at least sixteen years of age.

2. Applicants who hold a diploma issued by a regionally and/or state accredited high school are eligible for admission.

3. Applicants who have successfully completed the General Education Development (GED) are eligible for admission.

4. Students will be admitted to the program at the beginning of each semester.

5. Applicants must ideally achieve a raw score of 8.0 or above on the "reading skills" portion of the TABE assessment instrument.

### Certificate Programs

Applicants for admission to diploma or certificate programs, and other courses not creditable toward an associate degree, may be admitted without a high school diploma or the equivalent if they meet all of the following "Ability to Benefit" criteria:

1. Applicants must be at least sixteen years of age.

2. Applicants must be recommended by their correctional facility job board.

3. Applicants must achieve a raw score of 5.0 or above on the "reading skills" portion of the TABE assessment instrument. The score of 5.0 enables a student to go into the Developmental Studies classes, but to enroll in an occupational program, the student must score an 8.0 on the TABE.

4. Applicants who do not meet these requirements may appeal to the institutional educational planning committee at their facility. This committee may make recommendations to the admissions for a waiver.

Moore v FLYC
00042