IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

Berlie Catlin Moore
  Plaintiff

v.

Vivean Langford,
  et al.
  Defendants

Case No.: 2:07-CV-195-ID

## RESPONE IN OPPOSITION TO SUCH PLEADING

Comes Now the Plaintiff Berlie Catlin Moore #240553 by and through himself Pro Se do hereby submit the following Response in Opposition To The Pleading of the Defendants.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

BERLIE CATLIN MOORE, #240553
　　　　　PLAINTIFF

VS.                                    CASE NO.: 2:07-CV-195-ID

VIVIAN LANGFORD ET. AL.
　　　　　Defendants.

## AFFIDAVIT OF BERLIE CATLIN MOORE

Before me, the undersigned Notary Public in and for said State and County, personally appeared Berlie Catlin Moore #240553, who after being duly sworn, deposed and said as follows:

1. My name is Berlie Catlin Moore an I am an Inmate at Frank Lee Youth Center serving a 10yr. 8 months period of incarceration. And I am over the age of twenty-one (21).

2. I am declared Legally handicap, or Disabled by the Social Security Administration for an Injury to my hand for which I completely lost my two outside finger's. This Injury occurred in 1992. And has affected my writing hand, which limit's my ability to do almost anything as is normal, for other's to do that have all of their finger's. I don't have any control over why I am this way. And I did not drop-out of the Basic College Prep Courses. But I enrolled in the Horizon program, attempting to Obey the Court's Order. Which was to complete a vocational trade. I didn't know at the time that my disability was going to be such an hindrance. I applied myself to the best of my Physical ability, As best I could, with these Limitation's. To which Neither of the Defendant's, Vivian Langford or Debra Martin

can understand, that I am Limited in my hand to do certain task as, Normal Inmates that has total hand functions. The Defendant are not Medically Inclined to understand this type of Limitation or use of the hand. Neither do they care, they only have a desire to fulfill. Their obligation's to their duties. If the Court could view my hand nothing is left to the imagination. it's clear to see. That I am restricted of use almost entirely. What the Defendants should have done was notified the sentencing Judge. That it is not feasible for the Plaintiff, to comply with the Court order, To obtain a vocational trade. Because of Plaintiff Disability, but that special need's were going to be needed to assist the plaintiff. And the Alabama Department of Correction's. wasn't at Liberty to provide this service. But in the future the Plaintiff could obtain help from Vocational Rehabilitation Service's in his hometown.

The above Information is true and correct to the best of my Knowledge and belief.

x Berlie C Moore
Berlie Catlin Moore #240553

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 26th DAY OF June 2007

MY COMMISSION EXPIRES  11/09/09          NOTARY PUBLIC

Bealie C. Moore #240553
L.Y.C                    Dorm# B  Bed# 13A
P.O. Box 220410
Deatsville, Al 36022

Correspondence is forwarded
from Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication.

MONTGOMERY AL 361
27 JUN 2007 PM 4 L

361014+0711

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711