```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000302
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: FRANK LEE YOUTH CENTER
---------------------------------
PLRA CIVIL FILING FEE
 For: BERLIE C MOORE
 Case/Party: D-ALM-2-07-CV-000195-001
 Amount:         $47.00
---------------------------------
CHECK
 Remitter: FRANK LEE YOUTH CENTER
 Check/Money Order Num: 5733
 Amt Tendered:  $47.00
---------------------------------
Total Due:      $47.00
Total Tendered: $47.00
Change Amt:     $0.00
```

DALM2:07CV000195-ID

FRANK LEE YOUTH CENTER

BERLIE C MOORE

P O BOX 220410

DEATSVILLE, AL  36022