IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERLIE CATLIN MOORE, #240553 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. **2:07-CV-195-ID** |
| ) | |
| FRAK LEE YOUTH CENTER, et al. ) | |
| ) | |
| Defendant, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Debra Martin and Vivian Langford,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |

12/28/2007                               /s/ J.MATT BLEDSOE
Date                                          Counsel Signature

                                                 Martin and Langford
                                                 Counsel for (print names of all parties)

                                                 11 South Union Street
                                                 Montgomery, AL 36130
                                                 Address, City, State Zip Code

                                                 334-242-7443
                                                 Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

      I, J. Matt Bledsoe, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 28th day of December 2007, to:

Berlie Catlin Moore, #240553
Frank Lee Youth Center
PO Box 220410
Deatsville, AL  36022

12/28/2007                                   /s/  J. Matt Bledsoe
Date                                         Signature