```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004630
Cashier ID: brobinso
Transaction Date: 04/08/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: BERLIE MOORE
 Case/Party: D-ALM-2-07-CV-000195-001
 Amount:         $8.00
----------------------------------------
CHECK
 Check/Money Order Num: 32560
 Amt Tendered:  $8.00
----------------------------------------
Total Due:      $8.00
Total Tendered: $8.00
Change Amt:     $0.00
```