IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERTIE CATLIN MOORE, #240553, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:07cv195-ID ) |
| VIVIAN LANGFORD *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On April 14, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 23). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED with prejudice as moot. It is further

ORDERED that costs be and are hereby TAXED against the plaintiff.

Done this the 13th day of May, 2009.

/s/ Ira DeMent
IRA DEMENT
SENIOR UNITED STATES DISTRICT JUDGE